FILED: August 11, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4019
(3:14-cr-00012-JRS-1)

_____


UNITED STATES OF AMERICA

　　　　Plaintiff - Appellee

v.

ROBERT F. MCDONNELL

　　　　Defendant - Appellant

------------------------------------------------

FORMER VIRGINIA ATTORNEYS GENERAL; ANDREW P. MILLER;
ANTHONY FRANCIS TROY; J. MARSHALL COLEMAN; MARY SUE
TERRY; STEPHEN DOUGLAS ROSENTHAL; MARK L. EARLEY;
NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS; NANCY
GERTNER, Law Professor; CHARLES J. OGLETREE, JR., Law Professor; JOHN
C. JEFFRIES, JR., Law Professor; BENJAMIN TODD JEALOUS; REPUBLICAN
GOVERNORS PUBLIC POLICY COMMITTEE; FORMER STATE
ATTORNEYS GENERAL (NON-VIRGINIA); BUSINESS LEADERS AND
PUBLIC POLICY ADVOCATES; VIRGINIA LAW PROFESSORS; FORMER
FEDERAL OFFICIALS; MEMBERS AND FORMER MEMBERS OF THE
VIRGINIA GENERAL ASSEMBLY

　　　　Amici Supporting Appellant


_____

# O R D E R

_____

Before the Court is the appellant's petition for panel rehearing or rehearing en banc. On the petition for rehearing before the panel, no judge voted in favor of rehearing, and panel rehearing is thus denied.

A poll of the Court was requested on the appellant's suggestion for rehearing en banc. No judge voted in favor of rehearing en banc, and Judges Niemeyer, Motz, King, Duncan, Wynn, Floyd, Thacker, and Harris voted against rehearing en banc. Chief Judge Traxler and Judges Wilkinson, Gregory, Shedd, Agee, Keenan, and Diaz, deeming themselves disqualified, did not participate. Pursuant thereto, the petition for rehearing en banc is hereby also denied.

For the Court

/s/ Patricia S. Connor, Clerk