# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 13, 2015

_____

RESPONSE REQUESTED

_____

No. 15-4019,   US v. Robert McDonnell
                3:14-cr-00012-JRS-1

TO:   Richard Daniel Cooke
      Michael Steven Dry
      Jessica D. Aber
      Ryan Scott Faulconer

RESPONSE DUE: 08/14/2015 by 5:00 p.m.

Response is required to the motion to clarify order granting release pending appeal or, in the alternative, to stay the mandate pending resolution of a petition for certiorari. Response must be filed by the response due date shown in this notice.

Donna Lett, Deputy Clerk
804-916-2704