FILED: August 20, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4019

(3:14-cr-00012-JRS-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

ROBERT F. MCDONNELL

        Defendant - Appellant

------------------------------------------------

FORMER VIRGINIA ATTORNEYS GENERAL; ANDREW P. MILLER; ANTHONY FRANCIS TROY; J. MARSHALL COLEMAN; MARY SUE TERRY; STEPHEN DOUGLAS ROSENTHAL; MARK L. EARLEY; NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS; NANCY GERTNER, Law Professor; CHARLES J. OGLETREE, JR., Law Professor; JOHN C. JEFFRIES, JR., Law Professor; BENJAMIN TODD JEALOUS; REPUBLICAN GOVERNORS PUBLIC POLICY COMMITTEE; FORMER STATE ATTORNEYS GENERAL (NON-VIRGINIA); BUSINESS LEADERS AND PUBLIC POLICY ADVOCATES; VIRGINIA LAW PROFESSORS; FORMER FEDERAL OFFICIALS; MEMBERS AND FORMER MEMBERS OF THE VIRGINIA GENERAL ASSEMBLY

        Amici Supporting Appellant

_____

# O R D E R
_____

The "Motion to clarify order granting release pending appeal or, in the alternative, to stay the mandate pending resolution of a petition for certiorari" is DENIED. That is, the motion to clarify that our Order of January 26, 2015 will remain in force pending the disposition of a timely certiorari petition is DENIED. The alternative motion to stay the mandate is also DENIED. Pursuant to Federal Rule of Appellate Procedure 41(b), the mandate will issue seven days from the date of the entry of this Order.

                                                For the Court

                                                /s/ Patricia S. Connor, Clerk